

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2015

No. 04-15-00333-CR

Mario Ismael **GUTIERREZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4433
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

Erminia Uviedo's extension of time to file the court reporter's record is this date NOTED. Time is extended to August 19, 2015.

**PER CURIAM**

ATTESTED TO: _____
     KEITH E. HOTTLE
     CLERK OF COURT



cc: George E. Shaffer
Attorney At Law
1919 San Pedro Ave. 270
San Antonio, TX 78212

Nicolas A. LaHood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205

Erminia Uviedo
Court Reporter
2027 Muddy Peak
San Antonio, TX 78245